UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23909-COOKE/DAMIAN

ROBIN VELEZ and KAREN BURKE,
*on behalf of themselves and all others
similarly situated*,

      Plaintiffs,

vs.

TRISTAR PRODUCTS, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk is directed to **CLOSE** this case. All pending motions are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 22nd day of February 2022.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*